

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00222-CV

| | | |
|---|---|---|
| Ross Mandel and Lea Mandel | § | From the 431st District Court |
| v. | § | of Denton County (2013-70534-431) |
| | § | June 30, 2016 |
| Lewisville Independent School District, County of Denton, City of Plano, and Claussner Holdings, LLC | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Ross Mandel and Lea Mandel shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
Chief Justice Terrie Livingston